# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1182          **Short Title:** Illinois et al. v. Noem et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Washington _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Cristina Sepe _____          03/02/26 _____
Signature                                Date

Cristina Sepe _____
Name

Washington State Attorney General's Office          206-464-7744 _____
Firm Name (if applicable)                           Telephone Number

800 Fifth Avenue, Suite 2000 _____          N/A _____
Address                                    Fax Number

Seattle, WA 98104-3188 _____          Cristina.Sepe@atg.wa.gov _____
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1217737 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).