# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1182     **Short Title:** Illinois, et al. v. Noem, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Delaware _____ as the

[ ] appellant(s)      [✔] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Vanessa L. Kassab                 03/04/2026
Signature                             Date

Vanessa L. Kassab
Name

Delaware Department of Justice        (302) 683-8800
Firm Name (if applicable)             Telephone Number

820 N. French Street                  (302) 577-6499
Address                               Fax Number

Wilmington, DE 19801                  vanessa.kassab@delaware.gov
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 121555

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).