# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1182              **Short Title:** Illinois et al. v. Noem et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from Dec. 22, 2025
   2. Date this notice of appeal filed Feb. 20, 2026
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
    If yes, is transcript already on file with district court? ☑ Yes ☐ No

F.  List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

  1. Adverse party See attached
     Attorney_____
     Address_____
     Telephone_____

  2. Adverse party_____
     Attorney_____
     Address_____
     Telephone_____

  3. Adverse party_____
     Attorney_____
     Address_____
     Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

  1. Appellant's name See attached
     Address_____
     Telephone_____

     Attorney's name_____
     Firm_____
     Address_____
     Telephone_____

  2. Appellant's name_____
     Address_____
     Telephone_____

     Attorney's name_____
     Firm_____
     Address_____
     Telephone_____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Douglas C. Dreier
Date  Mar. 10, 2026

**F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**
*(Signing attorney underlined)*

1. Adverse party: State of Illinois

Attorneys: <u>Alex Hemmer</u>; Christopher G. Wells; Paul Berks; R. Sam Horan; Michael M. Tresnowski; R. Henry Weaver

Address: 115 S. LaSalle Street, Chicago, IL 60603

Telephone: 773-590-7932

2. Adverse party: State of California

Attorneys: <u>Deylin Thrift-Viveros</u>; Michael L. Newman; Joel Marrero; Lee I. Sherman; James E. Stanley; Luke E. Freedman; Delbert Tran

Address: 300 South Spring Street, Los Angeles, CA 90013

Telephone: 213-269-6000

3. Adverse party: State of Rhode Island

Attorneys: <u>Kathryn M. Sabatini</u>; Paul Meosky

Address: 150 S. Main Street, Providence, RI 02903

Telephone: 401-274-4400, Ext. 1882

4. Adverse party: State of New Jersey

Attorneys: <u>Shankar Duraiswamy</u>; Mayur P. Saxena; Olivia C. Mendes; Phoenix N. Meyers; Daniel Resler

Address: 25 Market Street, PO Box 093; Trenton, NJ 08625-0093

Telephone: 609-376-2745

5. Adverse party: State of Connecticut

Attorneys: Ashley Meskill

Address: 165 Capitol Avenue, Hartford, CT 06106

Telephone: 860-808-5270


6. Adverse party: State of Delaware

Attorneys: Ian R. Liston; Vanessa L. Kassab; Rose Gibson

Address: 820 North French Street, Wilmington, DE 19801

Telephone: 302-683-8899


7. Adverse party: District of Columbia

Attorneys: Mitchell P. Reich

Address: 400 6th Street NW, Washington, DC 20001

Telephone: 202-279-1261


8. Adverse party: Commonwealth of Massachusetts

Attorneys: Katherine Dirks

Address: 1 Ashburton Place, Boston, MA 02108

Telephone: 617-963-2277


9. Adverse party: State of Minnesota

Attorneys: Brian S. Carter; Keith Ellison

Address: 455 Minnesota Street, Suite 1400, St. Paul, MN 55101

Telephone: 651-757-1010

10. Adverse party: State of New York

Attorneys: Stephen C. Thompson; Rabia Muqaddam; Julie Dona

Address: 28 Liberty Street, New York, NY 10005

Telephone: 212-416-6183


11. Adverse party: Governor Josh Shapiro of Pennsylvania

Attorneys: Jacob B. Boyer

Address: 30 North 3rd Street, Suite 200, Harrisburg, PA 17101

Telephone: 717-460-6786


12. Adverse party: State of Vermont

Attorneys: Julio A. Thompson; Jonathan T. Rose

Address: 109 State Street, Montpelier, VT 05609

Telephone: 802-828-5519


13. Adverse party: State of Washington

Attorneys: Tyler Roberts; Cristina Sepe

Address: 800 Fifth Avenue, Suite 2000, Seattle, WA 98104

Telephone: 206-464-7744


**G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.**

1-2. Appellant's name: United States Department of Homeland Security; Secretary of the United States Department of Homeland Security

Address: 2707 Martin Luther King Jr. Avenue SE, Washington, DC 20528

Attorneys' Names: Daniel Tenny; Douglas C. Dreier

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-514-4452


3-4. Appellant's name: Federal Emergency Management Agency; Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency

Address: 500 C Street SW, Washington, DC 20024

Attorneys' Names: Daniel Tenny; Douglas C. Dreier

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-514-4452