# United States Court of Appeals
## For the First Circuit

NOTICE OF APPEARANCE

**No.** 26-01182        **Short Title:** Illinois, et al. v. Noem, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Michael J. Fischer _____        March 11, 2026 _____
Signature                                       Date

Michael J. Fischer _____
Name

Office of General Counsel _____        (717) 831-2847 _____
Firm Name (if applicable)                       Telephone Number

30 N. Third St., Suite 200 _____        _____
Address                                         Fax Number

Harrisburg, PA 17101 _____        mjfischer@pa.gov _____
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1185506 _____

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).