No. 26-1182

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW YORK; STATE OF VERMONT; STATE OF WASHINGTON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs-Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KAREN EVANS, in the official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; FEDERAL EMERGENCY MANAGEMENT AGENCY,

Defendants-Appellants,

On Appeal from the United States District Court
for the District of Rhode Island

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

All parties to this appeal—*i.e.,* plaintiffs-appellees Illinois, California, New Jersey, Rhode Island, Connecticut, Delaware, District of Columbia, Massachusetts, Minnesota, New York, Vermont, Washington, and Governor Shapiro of Pennsylvania and defendants-appellants, the United States Department of Homeland Security and

Federal Emergency Management Agency and officials therewith in their official

capacities—hereby stipulate and agree that this appeal shall be voluntarily dismissed

pursuant to Federal Rule of Appellate Procedure 42(b)(1), and that each party shall

bear its own attorneys' fees and costs.

KWAME RAOUL
Attorney General of Illinois

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
Office of the Illinois General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Counsel for Plaintiff-Appellee*
*State of Illinois*

ROB BONTA
Attorney General of California

/s/ Lee I. Sherman
LEE I. SHERMAN
Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000
lee.sherman@doj.ca.gov

*Counsel for Plaintiff-Appellee*
*State of California*

JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ Shankar Duraiswamy
SHANKAR DURAISWAMY
Deputy Solicitor General
New Jersey Office of Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

BRETT A. SHUMATE
*Assistant Attorney General*

DANIEL TENNY

s/ Douglas C. Dreier
DOUGLAS C. DREIER
*Attorneys, Appellate Staff*
*Civil Division, Room 7264*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4452*
*douglas.c.dreier@usdoj.gov*

*Counsel for Defendants-Appellants*

*Counsel for Plaintiff-Appellee*
  *State of New Jersey*

PETER F. NERONHA
Attorney General of Rhode Island

/s/ Kathryn M. Sabatini
KATHRYN M. SABATINI
Chief, Civil Division
Special Assistant Attorney General
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 1882
ksabatini@riag.ri.gov

*Counsel for Plaintiff-Appellee*
  *State of Rhode Island*

WILLIAM TONG
Attorney General of Connecticut

/s/ Ashley Meskill
ASHLEY MESKILL
Assistant Attorney General
Connecticut Office of the Attorney
  General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Counsel for Plaintiff-Appellee*
  *State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Ian R. Liston
IAN R. LISTON

Director of Impact Litigation
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Counsel for Plaintiff-Appellee*
  *State of Delaware*

BRIAN L. SCHWALB
Attorney General for the
  District of Columbia

/s/ Mitchell P. Reich
MITCHELL P. REICH
Senior Counsel to the Attorney General
Office of the Attorney General for the
  District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Counsel for Plaintiff-Appellee*
  *District of Columbia*

BRIAN L. SCHWALB
Attorney General for the
  District of Columbia

/s/ Katherine Dirks
KATHERINE DIRKS
Chief State Trial Counsel
Office of the Massachusetts Attorney
  General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Counsel for Plaintiff-Appellee*
  *Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

/s/ Brian S. Carter
BRIAN S. CARTER
Special Counsel
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Counsel for Plaintiff-Appellee*
  *State of Minnesota*

LETITIA JAMES
Attorney General of New York

/s/ Stephen C. Thompson
STEPHEN C. THOMPSON
Special Counsel
Office of the New York State Attorney
  General
28 Liberty Street
New York, NY 10005
(212) 416-6183
stephen.thompson@ag.ny.gov

*Counsel for Plaintiff-Appellee*
  *State of New York*

JENNIFER SELBER
General Counsel

/s/ Michael J. Fischer
MICHAEL J. FISCHER
Executive Deputy General Counsel
Pennsylvania Office of the Governor

30 North 3rd Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

*Counsel for Plaintiff-Appellee*
*Governor Josh Shapiro*

CHARITY R. CLARK
Attorney General of Vermont

<u>/s/ Jonathan T. Rose</u>
JONATHAN T. ROSE
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Counsel for Plaintiff-Appellee*
*State of Vermont*

NICHOLAS W. BROWN
Attorney General of Washington

<u>/s/ Cristina Sepe</u>
CRISTINA SEPE
Deputy Solicitor General
Washington State Attorney General's
   Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
cristina.sepe@atg.wa.gov

*Counsel for Plaintiff-Appellee*
*State of Washington*

May 2026

**CERTIFICATE OF COMPLIANCE**

This stipulation complies with the type-volume limit of the Federal Rules of Appellate Procedure because it contains 81 words.  It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Douglas C. Dreier*
DOUGLAS C. DREIER

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I electronically filed the foregoing stipulation with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.  Service will be accomplished by the appellate CM/ECF system.

*s/ Douglas C. Dreier*
DOUGLAS C. DREIER