# United States Court of Appeals
## For the First Circuit

No. 26-1182

STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW YORK; STATE OF VERMONT; STATE OF WASHINGTON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KAREN EVANS, in the official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; FEDERAL EMERGENCY MANAGEMENT AGENCY,

Defendants - Appellants.

### ORDER OF COURT

Entered: May 7, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Daniel Tenny, Kevin M. Bolan, Douglas C. Dreier, Paul Berks, Alex Hemmer, Lee Sherman, Delbert K. Tran, Michael Louis Newman, James Edward Stanley, Deylin O. Thrift-Viveros, Shankar Duraiswamy, Mayur Prasad Saxena, Phoenix Nicole Meyers, Daniel P. Resler, Kathryn M. Sabatini, Paul Timothy James Meosky, Ashley H. Meskill, Vanessa L. Kassab, Ian R. Liston, Mitchell P. Reich, Katherine B. Dirks, Brian S. Carter, Rabia Muqaddam, Jonathan T. Rose, Cristina Sepe, Tyler S. Roberts, Michael J. Fischer