# United States Court of Appeals
## For the First Circuit

No. 26-1182

STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW YORK; STATE OF VERMONT; STATE OF WASHINGTON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KAREN EVANS, in the official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; FEDERAL EMERGENCY MANAGEMENT AGENCY,

Defendants - Appellants.

**MANDATE**

Entered: May 7, 2026

In accordance with the judgment of May 7, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Paul Berks, Kevin M. Bolan, Brian S. Carter, Katherine B. Dirks, Douglas C. Dreier, Shankar Duraiswamy, Michael J. Fischer, Alex Hemmer, Vanessa L. Kassab, Ian R. Liston, Paul Timothy James Meosky, Ashley H. Meskill, Phoenix Nicole Meyers, Rabia Muqaddam, Michael Louis Newman, Mitchell P. Reich, Daniel P. Resler, Tyler S. Roberts, Jonathan T. Rose, Kathryn M. Sabatini, Mayur Prasad Saxena, Cristina Sepe, Lee Sherman, James Edward Stanley, Daniel Tenny, Deylin O. Thrift-Viveros, Delbert K. Tran, Lauren S. Zurier